

U.S. Department of Justice

United States Attorney's Office
District of Delaware

*Nemours Building*  (302) 573-6277
*1007 Orange Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

March 17, 2005

**Via Electronic Filing**

The Honorable Mary Pat Thynge
United States Magistrate Judge
U.S. Courthouse
844 King Street
Wilmington, Delaware 19801

    Re:    **United States v. Marlene Anne Wright**
               **Criminal Action No. 04-137M-MPT**

Dear Magistrate Judge Thynge:

    The Defendant has agreed to change her plea pursuant to the attached, executed memorandum of plea agreement. The parties respectfully request that the Court scheduled a combined change of plea and sentencing hearing in this case, using the procedure followed in other similar cases.

                              Respectfully submitted,

                              COLM F. CONNOLLY
                              United States Attorney

                    BY: _/s/ Adam Safwat_
                              Adam Safwat
                              Assistant United States Attorney

Enclosure

cc:    Christopher S. Koyste, Esquire
       Jack McDonough, Dep. Chief USPO
       The Clerk of the Court